1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
   Special Assistant United States Attorney
5        Office of the General Counsel
6        Social Security Administration
         6401 Security Boulevard
7        Baltimore, Maryland 21235
         Telephone: (510) 970-4822
8        E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13  MARIBEL MARISELA PEREZ,                 ) Case No.: 1:23-cv-00438-GSA
                                            )
14                                          ) STIPULATION FOR VOLUNTARY
                                            ) REMAND PURSUANT TO SENTENCE
15                                          ) FOUR OF 42 U.S.C. § 405(g)
                Plaintiff,                  )
16                                          )
        v.                                  )
17                                          )
    KILOLO KIJAKAZI,                        )
18  Acting Commissioner of Social Security  )
                                            )
19              Defendant.                  )
                                            )
20  _____)

21

22          IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

23  attorneys, and with the approval of the Court, that the Commissioner of Social Security has

24  agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The

25  purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific

26  aspect of the Commissioner's final decision is affirmed.

27          On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further

28  develop the record as necessary; and issue a new decision. The parties further request that the

                                            1

Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 16, 2023

*/s/ Josephine M. Gerrard \**
(*as authorized via e-mail on 10/16/23)
JOSEPHINE M. GERRARD
Attorney for Plaintiff

Dated: October 16, 2023

PHILLIP A. TALBERT
United States Attorney

By:     */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to stipulation, the case is **remanded** to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) consistent with the terms of the stipulation.  Judgment **shall issue** for Plaintiff.

IT IS SO ORDERED.

Dated:   **October 17, 2023**                         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2