**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIBEL MARISELA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 1:23-cv-00438-GSA<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO EAJA, 28 U.S.C. 2412(d)<br><br><br><br><br><br><br><br>(Doc. 18) |

Pursuant to stipulation, Plaintiff is awarded attorney fees in the amount of nine thousand and five hundred dollars ($9,500.00) under the Equal Access to Justice Act EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms of the stipulation, Doc. 18.

IT IS SO ORDERED.

Dated: __**December 19, 2023**__          _____**/s/ Gary S. Austin**_____
                                                                          UNITED STATES MAGISTRATE JUDGE